UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONY LUCIBELLO,

               Plaintiff,

vs.                           Case No. 2:05-cv-269-FtM-29SPC

KIMI HAGA, INC.,

               Defendant.
_____

**ORDER**

     This matter comes before the Court on plaintiff's Renewed Motion for Entry of Final Default Judgment (Doc. #19), filed on September 23, 2005. On August 11, 2005, the Court entered an Order (Doc. #14) taking plaintiff's Motion for Entry of Final Default Judgment under advisement pending an evidentiary hearing because the Complaint was overbroad and failed to provide defendant adequate notice as to what corrective measures were required to rectify the alleged barriers. On September 12, 2005, the Court conducted an evidentiary hearing with plaintiff Anthony J. Lucibello testifying. Plaintiff's counsel stated that he would submit a proposed draft judgment regarding the modifications.

     The Court has previously found that the necessary prerequisites for a default judgment have been established. See Fed. R. Civ. P. 55. The Court finds that the revised proposed Final Default Judgment provides the required specificity and that a default judgment against defendant should be granted.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion for Entry of Final Default Judgment (Doc. #13) is **DENIED** as moot.

2. Plaintiff's Renewed Motion for Entry of Final Default Judgment (Doc. #19) is **GRANTED** and a Default Final Judgment will be entered contemporaneously with the entry of this Order. The Clerk shall otherwise terminate all deadlines and pending motions and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of September, 2005.

                                                */s/ John E. Steele*
                                                JOHN E. STEELE
                                                United States District Judge

Copies:
Counsel of record
DCCD