```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

TONY LUCIBELLO,

                Plaintiff,

vs.	Case No. 2:05-cv-269-FtM-29SPC

KIMI HAGA, INC.,

                Defendant.
_____

## OPINION AND ORDER

This matter comes before the Court on plaintiff's Motion for Attorneys' Fees and Expert's Fees, Litigation Expenses and Costs (Doc. #22), filed on September 28, 2005.  On September 26, 2005, the Court entered an Order (Doc. #20) granting a request for default judgment and entered a Final Default Judgment (Doc. #21) in favor of plaintiff and against defendant.  Plaintiff now seeks attorney fees and costs as a prevailing party.

Under 42 U.S.C. § 12205, a prevailing party is entitled to a "reasonable attorney's fee, including litigation expenses, and costs" at the Court's discretion.  The Court finds that plaintiff is the prevailing party, as defined by the Eleventh Circuit Court of Appeals, and is entitled a reasonable fee, including expenses and costs.  The Court must, however, determine whether the fee request is reasonable as to the hours and the rate.

Plaintiff seeks attorney fees in the amount of $5,353.00 at a rate of $265.00 per hour[1] for 20.20 hours of work. Plaintiff further seeks $676.59 in costs.

Upon review, the Court finds that counsel Stephan M. Nitz has not demonstrated that he has the experience to support an hourly rate of $265.00 an hour. Although admitted since 1995, it is unclear how long Mr. Nitz has been working on Americans with Disabilities Act cases because no Curriculum Vitae or Resume has been provided. As a result, the Court will reduce the hourly rate to $200.00 an hour.

The Court further finds that the following hours should be eliminated as excessive:[2]

| DATE:      | HOURS REQUESTED: | REDUCED TO: |
|------------|------------------|-------------|
| 05/04/2005 | 0.30             | 0.10        |
| 05/16/2005 | 0.90             | 0.30        |
| 05/30/2005 | 0.30             | 0.10        |
| 06/06/2005 | 0.20             | 0.00        |
| 06/10/2005 | 0.30             | 0.10        |
| 09/12/2005 | 8.30             | 1.00        |
| **TOTAL:** | 10.30            | 1.60        |

---

[1] Plaintiff suggests that $265.00 an hour is an appropriate rate based on an unrelated Title III disability case.

[2] The law firm of Schwartz Zweben & Slingbaum, LLP, has filed over 500 cases in the Middle District of Florida and it is clear that many of the filings are now standardized. Additionally, the Court is not inclined to award fees for traveling because plaintiff chose counsel outside of the area.

Therefore, the Court will reduce the total amount of hours requested to 11.5 hours and counsel is entitled to $2,300.00 in attorney fees.

With regard to the costs, the Court finds that postage should not be reimbursed as an overhead expense, and that the mileage expense of $137.23 should be eliminated. The Court otherwise finds that the requested costs should be allowed. Plaintiff is awarded $521.50 in costs.

Accordingly, it is now

**ORDERED**:

Plaintiff's Motion for Attorneys' Fees and Expert's Fees, Litigation Expenses and Costs (Doc. #22) is **GRANTED** to the extent that the Court finds that plaintiff, as a prevailing party, is entitled to **$2,300.00** in attorney fees and **$521.50** in costs. The Clerk shall enter Judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of October, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record